| United States Bankruptcy Court<br>District of Alaska | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Omni Enterprises, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 92-0073023 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>5326 A St., Ste 1<br>Anchorage, AK                          ZIPCODE 99518 | Street Address of Joint Debtor (No. and Street, City, and State)                          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Anchorage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                          ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check **one**  box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   groceries

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: ———

Each country in which a foreign proceeding by, regarding, or against debtor is pending: ———

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form  3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-301X-***** - PDF-XChange 4.0

Case 15-00076    Filed 03/31/15    Entered 03/31/15 14:43:33    Doc# 1    Page 2 of 91

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Omni Enterprises, Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed:   N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 316:77:30:IX-***** - PDF-XChange 4.0

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Omni Enterprises, Inc. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X  /s/ Erik LeRoy
   Signature of Attorney for Debtor(s)

ERIK LEROY 8301030
Printed Name of Attorney for Debtor(s)

Erik LeRoy, P.C.
Firm Name

500 L St., Ste 302
Address

Anchorage, AK 99501

907 277 2006
Telephone Number

3/31/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

| **Signature of Debtor (Corporation/Partnership)** |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Ken Walker
   Signature of Authorized Individual

KEN WALKER
Printed Name of Authorized Individual

CEO
Title of Authorized Individual

3/31/2015
Date

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 316/77-301X-***** - PDF-XChange 4.0

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31673-301X-***** - PDF-XChange 4.0

**B6A (Official Form 6A) (12/07)**

In re   Omni Enterprises, Inc.                                    Case No. _____
               **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Lots 11,12,& 13, (Big Lake) 14468 Hollywood Rd., Big Lake, AK | Fee Simple | | 400,000.00 | 335,122.00 |
| Dillingham warehouse Lot 1, Bl 31 | Fee Simple | | 225,000.00 | Exceeds Value |
| | | Total ⯈ | 625,000.00 | |

(Report also on Summary of Schedules.)

In re  Omni Enterprises, Inc.                                    Case No. _____

           **Debtor**                                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | MVFCU **128207<br>Wells Fargo **198899 | | 1,572.23<br>64,412.19 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | True Value stock class B (will be offset against True Value claim) | | Indeterminate |

In re   Omni Enterprises, Inc.                                          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | $202,829 which we think TV has setoff against debt; TV security interest for the note payable (not inventory loan) needs to be confirmed.  Attachment Sch B13 | | |
| | | WorldWide stock 90,390 of stock in WW which we think they have setoff against debt owed them Attachment Sch B13 | | Indeterminate |
| | | Unifed Grocers stock 389,654 of Unified stock which we think they have setoff against obligations.  Attachment Sch B13 | | Indeterminate |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts receivable (Attachment Sch B16) | | 143,413.00 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Section 553(b) setoff action against FNBA (See Sch B21) | | 1,329,096.51 |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

In re   Omni Enterprises, Inc.                          Case No. _____
              **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 GMC Box Truck (All other vehicles were free & clear & sold to UCI in 3/15 (See Attachment Sch B 25) Bethel | | 14,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office furnishing, computers (Anchorage) counters, shelving, signage & other store non-fixtures Dillingham counters, shelving, signage & other store non-fixtures Bethel (new store) Sch B 29 | | 1,000.00 1,000.00 35,000.00 |
| | | counters, shelving, signage & other store non-fixtures Togiak Sch B 29 | | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | counters, shelving, signage & other store non-fixtures Big Lake Sch B 29 | | 20,000.00 |
| | | counters, shelving, signage & other store non-fixtures Glennallen Sch B 29 | | 25,000.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re    Omni Enterprises, Inc.                          Case No. _____
_____                                    **(If known)**
          **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | counter, shelving, signage, other non-fixture (Bethel other than new store) Sch B29 | | 46,500.00 |
| | | Big Lake & Glennallen signage & POS equipment (Described MB Bank on UCC search) Sch B 29 | | Indeterminate |
| 30. Inventory. | | Inventory, Dillingham (at 20% of book value) Sch B 30 | | 20,000.00 |
| | | inventory, Togiak (at 20% of book value) Sch B 30 | | 20,000.00 |
| | | Inventory, Bethel inventory in UCI only possession. Possibly 30,000 in BNC possession. No current inventory. See Sch B 30 for perfection documentation | | 100,000.00 |
| | | Inventory, Big Lake (at 20% of book value) Sh B30 | | 30,000.00 |
| | | Inventory, Glenallen (at 20% of book value) Sch B 30 | | 30,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    _____0_____
                    continuation sheets attached    Total    $   1,881,993.93

                    (Include amounts from any continuation
                    sheets attached. Report total also on
                    Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-301X-***** - PDF-XChange 4.0

In re    Omni Enterprises, Inc.                              Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                        $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-301X-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07)**

In re _____Omni Enterprises, Inc._____,        Case No. _____
            **Debtor**                                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALASKA GROWTH CAPITAL<br>3301 C St., STE100<br>ANCHORAGE, AK 99503 | | | Security: Lots 11,12,& 13, (Big Lake) 14468 Hollywood Rd., Big Lake, AK (See Attachment A)<br><br>VALUE $    400,000.00 | | | | 335,122.00 | 0.00 |
| ACCOUNT NO.<br><br>ALASKA GROWTH CAPITAL<br>3301 C St., STE100<br>ANCHORAGE, AK 99503 | | | Lien: perfected UCC filing equipment and DOT on lot 1<br>Security: equipment; lot in Dillingham; subordinated intersts in inventory (See Attachment A & B 29-30)<br><br>VALUE $    220,000.00 | | | | 2,225,321.00 | 2,005,321.00 |
| ACCOUNT NO.<br><br>DiTOMASO<br>PO BOX 100680<br>ANCHORAGE, AK 99510-0680 | | | PACA paid; see Attachment SFA 3(b)<br><br>VALUE $    0.00 | | | | Notice Only | Notice Only |

   **2**_____ continuation sheets attached

                                                                    Subtotal▷ | $2,560,443.00 | $2,005,321.00

    (Total of this page)

                Total▷ | $ | $
    (Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re __Omni Enterprises, Inc._____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FIRST NATIONAL BANK ALASKA<br>PO BOX 100720<br>ANCHORAGE, AK 99510-0720 | | | Lien: PMSI<br>Security: fixtures in new Bethel store<br>Claim is net of recoverable 1.3M setoff<br><br>VALUE $　　　3,500,000.00 | | | X | 1,181,829.00 | 0.00 |
| ACCOUNT NO.<br><br>GMAC<br>PO BOX 8128<br>COCKEYSVILLE, MD 21030 | | | Lien: PMSI<br>Security: 2010 GMC Box Truck<br><br>VALUE $　　　14,000.00 | | | | 700.00 | 0.00 |
| ACCOUNT NO.<br><br>KEY BANK NATIONAL ASSOC<br>4910 TEIDEMAN RD<br>BROOKLYN, OH 44144 | | | Lien: perfected UCC filing, now 1st position<br>Security: inventory, accounts (See Attachment Sch B 28-30)<br>security does not include 1.3M seized by FNBA<br><br>VALUE $　　　200,000.00 | | | | 2,523,439.84 | 2,523,439.84<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>PROVIDENT LEASING<br>CELTIC LEASING<br>100 BAYVIEW CIR., STE 4100<br>NEWPORT BEACH, CA 92660 | | | Security: Big Lake signage & POS equipment<br>see Attachment Sch D<br><br>VALUE $　　　0.00 | | | | 43,000.00 | 43,000.00 |
| ACCOUNT NO.<br><br>TRUE VALUE<br>8600 W. BRYN MAWR AVE.<br>CHICAGO, IL 60631-3505 | | | <br><br>VALUE $　　　0.00 | | | | Notice Only | Notice Only |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

　　　　　　　　　　　　　　　　　　　　　Subtotal (s)　$ 3,748,968.84 | $
　　　　　　　　　　　　　　　　　　　(Total(s) of this page)
　　　　　　　　　　　　　　　　　　　　　　　Total(s)　$　　　　　　　　| $
　　　　　　　　　　　　　　　　　(Use only on last page)

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-301X-*****  - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Omni Enterprises, Inc.                                ,            Case No. _____

  **Debtor**                                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNIFIED GROCERS<br>PO BOX 3763<br>SEATTLE, WA 98124 | | | PACA paid 3/15; see Sch F and Attachment SFA 3(b)<br><br>VALUE $            0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>WORLDWIDE DISTRIBUTORS<br>8211 SOUTH 194th<br>KENT, WA 98032 | | | pd 3/15; See Attachment SFA 3(b)<br><br>VALUE $            0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $            0.00 | $            0.00 |
| Total(s) (Use only on last page) | $  6,309,411.84 | $4,571,760.84 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re _____Omni Enterprises, Inc._____,    Case No._____
                          Debtor                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/13) - Cont.**

In re  Omni Enterprises, Inc.                                    ,        Case No._____
                          Debtor                                                                          (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____   **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-303X-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Omni Enterprises, Inc._____,          Case No. _____
                    **Debtor**                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FIRST BANKERS TRUST SRV<br>OMNI ENT ESOP TRUST<br>PO BOX 4005<br>QUINCY, IL 62305 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢
(Totals of this page)   $ 0.00   $ 0.00   $ 0.00

Total ➢
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)   $

Totals ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $   $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 316773:03X-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Omni Enterprises, Inc._____,          Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF BETHEL<br>PO BOX 388<br>BETHEL, AK 99599 | | | Incurred: 1/1/15-3/27/15 Consideration: sales & tobacco tax | | | | 175,647.00 | 175,647.00 | 0.00 |
| ACCOUNT NO.<br><br>CITY OF DILLINGHAM<br>PO BOX 889<br>DILLINGHAM, AK 99576 | | | Incurred: 1/15-3/15 Consideration: sales | | | | 49,986.00 | 49,986.00 | 0.00 |
| ACCOUNT NO.<br><br>CITY OF TOGIAK<br>PO BOX 190<br>TOGIAK, AK 99678 | | | Consideration: sales tax | | | | 2,819.00 | 2,819.00 | 0.00 |
| ACCOUNT NO.<br><br>DEPARTMENT OF REVENUE TAX DIVISION<br>P.O. BOX 110420<br>JUNEAU, ALASKA 99811-0420 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ⟫ (Totals of this page) | $ 228,452.00 | $ 228,452.00 | $ 0.00 |
| Total ⟫ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ⟫ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14-29:17 - 31677-301X-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Omni Enterprises, Inc._____,                Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| IRS CENTRALIZED INSOLVENCY UNIT P. O. BOX 7346 PHILADELPHIA, PA 19101-7346 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| MATANUSKA-SUSITNA BOROUGH 350 E DAHLIA AVE PALMER, AK 99645 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ⟫ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ⟫ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 228,452.00 | | |
| Totals ⟫ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 228,452.00 | $ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-303X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07)

In re    Omni Enterprises, Inc._____,                    Case No. _____
                        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7-UP OF ALASKA  PO BOX 16149  SALT LAKE CITY, UT 84116 | | | | | | | 5,467.00 |
| ACCOUNT NO.  ACB SOLUTIONS  551 W DIMOND BLVD  ANCHORAGE, AK 99515 | | | | | | | 4,317.00 |
| ACCOUNT NO.  ADP, LLP  PO BOX 842875  BOSTON, MA 02284-2875 | | | | | | | 2,285.00 |
| ACCOUNT NO.  ADVANCED IMAGING SUPPLY  14536 FRIAR STREET  VAN NUYS, CA 91411 | | | | | | | 267.00 |

____33____ continuation sheets attached                                    Subtotal ▷ | $ | 12,336.00

                                                                                                        Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 316773:03X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Omni Enterprises, Inc._____,          Case No. _____
             **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AIR LIQUID AMERICA CORP<br>PO BOX 196670<br>ANCHORAGE, AK 99519-6670 | | | | | | | 43.00 |
| ACCOUNT NO.<br><br>ALASKA AIRLINES, INC<br>PO BOX 749877<br>LOS ANGELES, CA 90074-9877 | | | | | | | 43,013.00 |
| ACCOUNT NO.<br><br>ALASKA BAIT COMPANY<br>PO BOX 190212<br>ANCHORAGE, AK 99519 | | | | | | | 77.00 |
| ACCOUNT NO.<br><br>ALASKA HOUSEWARES<br>2125 E. 79TH AVE<br>ANCHORAGE, 99507 | | | | | | | 15,200.00 |
| ACCOUNT NO.<br><br>ALASKA ISLAND AIR<br>PO 195<br>TOGIAK, AK 99678 | | | | | | | 8,975.00 |

Sheet no. __1__ of __33__ continuation sheets attached          Subtotal ▷  $          67,308.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                  Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Omni Enterprises, Inc._____,   Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALASKA MARINE LINES<br>P.O.BOX 34026<br>SEATTLE, WA 98124-1026 | | | | | | | 1,991.00 |
| ACCOUNT NO.<br><br>ALASKA PURE WATER PROD<br>301 E. INT'L AIRPORT RD<br>ANCHORAGE, AK 99518 | | | | | | | 92.00 |
| ACCOUNT NO.<br><br>ALASKA SAUSAGE COMPANY<br>PO BOX 92157<br>ANCHORAGE, AK 99509 | | | | | | | 21,829.00 |
| ACCOUNT NO.<br><br>ALASKA TIDE BOOK CO<br>P.O.BOX 4423<br>SOLDOTNA, AK 99669 | | | | | | | 2,075.00 |
| ACCOUNT NO.<br><br>ALASKA VILLAGE ELECTRIC<br>4831 EAGLE STREET<br>ANCHORAGE, AK 99503-7497 | | | | | | | 82,962.00 |

Sheet no. _2_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  108,949.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,        Case No. _____

                     **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ALL AMERICAN PUBLISHING <br> 5411 KENDALL ST. <br> BOISE, ID 83706 | | | | | | | 920.00 |
| ACCOUNT NO. <br><br> ALLIANCE ENTERTAINMENT <br> P.O.BOX 451239 <br> FORT LAUDERDALE, FL 33345 | | | | | | | 1,564.00 |
| ACCOUNT NO. <br><br> ALLIANCE MERCANTILE, INC <br> 4620 CAMPUS PLACE, SUITE 200 <br> MUKILTEO, WA 98275 | | | | | | | 1,622.00 |
| ACCOUNT NO. <br><br> ALLY <br> PO BOX 9001948 <br> LOUISVILLE, KY 40290-1948 | | | | | | | 663.00 |
| ACCOUNT NO. <br><br> ALSCO <br> PO BOX 240048 <br> ANCHORAGE, AK 99524-0048 | | | | | | | 3,805.00 |

Sheet no. _3_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  8,574.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Omni Enterprises, Inc._____,        Case No. _____
　　　　　　　**Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN EXPRESS-21001<br>P.O. BOX 650448<br>DALLAS, TX 75265-0448 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>AMERICAN FAST FREIGHT<br>PO BOX 3606<br>SEATTLE, WA 98124-3606 | | | | | | | 1,113,803.00 |
| ACCOUNT NO.<br><br>AMERICAN GREETINGS<br>PO BOX 676701<br>DALLAS, TX 75267-6701 | | | | | | | 11,889.00 |
| ACCOUNT NO.<br><br>AMERICAN SUZUKI MOTOR<br>3251 E. IMPERIAL HWY<br>BREA, CA 92822-1100 | | | | | | | 100.00 |
| ACCOUNT NO.<br><br>AMERICAN VILLAGE OF AK, INC<br>PO BOX 329<br>GLENNALLEN, AK 99588 | | | | | | | 750.00 |

Sheet no. _4_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  1,126,542.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:17 - 31677-303X-****** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Omni Enterprises, Inc._____,    Case No. _____
              **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ANCHORAGE DAILY NEWS<br>PO BOX 140147<br>ANCHORAGE, AK 99514-0147 | | | | | | | 4,327.00 |
| ACCOUNT NO.<br>ANCHORAGE PRINTING<br>3110 SPENARD RD<br>ANCHORAGE, AK 99503 | | | | | | | 194.00 |
| ACCOUNT NO.<br>ANTHROLOGY FABRICS<br>14725 CARMENITA ROAD<br>NORWALK, CA 90650 | | | | | | | 2,889.00 |
| ACCOUNT NO.<br>ANTHROLOGY FABRICS<br>P.O. BOX 100895<br>ATLANTA, GA 30384-4174 | | | | | | | 2,890.00 |
| ACCOUNT NO.<br>ARCTIC INFO TECHNOLOGY<br>375 W. 36TH AVENUE SUITE 300<br>ANCHORAGE, AK 99503 | | | | | | | 531.00 |

Sheet no. _5_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  10,831.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Omni Enterprises, Inc.                                    ,          Case No. _____

                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARCTIC OFFICE PRODUCTS <br> PO BOX 100083 <br> ANCHORAGE, AK 99510-0083 | | | | | | | 389.00 |
| ACCOUNT NO. <br><br> AT & T ALASCOM-GA <br> PO BOX 105068 <br> ATLANTA, GA 30348-5068 | | | | | | | 313.00 |
| ACCOUNT NO. <br><br> AUTOMATIC DISTRIBUTORS <br> 22 TARGET CIRCLE <br> BANGOR, ME 04401 | | | | | | | 92.00 |
| ACCOUNT NO. <br><br> BANK OF AMERICA -0577 <br> P.O. BOX 851001 <br> DALLAS, TEXAS 75285-1001 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> BANK OF AMERICA -3020 <br> P.O. BOX 851001 <br> DALLAS, TX 75285-1001 | | | | | | | Notice Only |

Sheet no. _6_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    794.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,    Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BANNON PRODUCE<br>PO BOX 221<br>SUTTON, AK 99674 | | | | | | | 130.00 |
| ACCOUNT NO.<br>BASKET EASE<br>16150 TEXAS AVE<br>PRIOR LAKE, MN 55372 | | | | | | | 1,965.00 |
| ACCOUNT NO.<br>BDO USA, LLP<br>P.O. BOX 31001-0860<br>PASADENA, CA 91110-0860 | | | | | | | 12,850.00 |
| ACCOUNT NO.<br>BIKINI BEVERAGE COMPANY<br>22535 MIRROR LAKE ROAD<br>CHUGIAK, ALASKA 99567 | | | | | | | 229.00 |
| ACCOUNT NO.<br>BILL BRYAN<br>514 NW 86TH ST<br>VANCOUVER, WA 98665 | | | | | | | Notice Only |

Sheet no. _7_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 15,174.00
Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-30JX-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,        Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BILL'S DISTRIBUTING CO <br> 7830 SCHOON ST <br> ANCHORAGE, AK 99518 | | | | | | | 7,407.00 |
| ACCOUNT NO. <br><br> BLACKHAWK <br> MS-13002 <br> PO BOX 29021 <br> PHOENIX, AZ 85038 | | | | | | | 11,356.00 |
| ACCOUNT NO. <br><br> BOMBARDIER MOTOR CO <br> 10101 SCIENCE DRIVE <br> STURTEVANT, WI 53177 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> BOMBARDIER MOTOR CO <br> 5986 COLLECTIONS CTR DRIVE <br> CHICAGO, IL 60693 | | | | | | | 13,949.00 |
| ACCOUNT NO. <br><br> BRISTOL ALLIANCE FUELS <br> PO BOX 1529 <br> DILLINGHAM, AK 99576 | | | | | | | 39,547.00 |

Sheet no. _8_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　Subtotal ▷　$　72,259.00

　　　　　　　　　　　　　　　　　　Total ▷　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BTP LLC <br> P.O. BOX 2590 <br> BETHEL, AK 99559 | | | | | | | 2,850.00 |
| ACCOUNT NO. <br> BURR, PEASE & KURTZ, INC <br> 810 N STREET <br> ANCHORAGE, AK 99501 | | | | | | | 408.00 |
| ACCOUNT NO. <br> CARHARTT INC <br> PO BOX 731234 <br> DALLAS, TX 75373-1234 | | | | | | | 34,067.00 |
| ACCOUNT NO. <br> CARQUEST AUTO PARTS <br> PO BOX 404875 <br> ATLANTA, GA 30384-4875 | | | | | | | 857.00 |
| ACCOUNT NO. <br> CARR GOTTSTEIN FOODS CO <br> P.O. BOX 742918 <br> LOS ANGELES, CA 90074-2918 | | | | | | | 28,449.00 |

Sheet no. __9__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   66,631.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,          Case No. _____
                 **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CDW DIRECT, LLC<br>PO BOX 75723<br>CHICAGO, IL 60675-5723 | | | | | | | 960.00 |
| ACCOUNT NO.<br><br>CEDARS<br>6151 B STREET<br>ANCHORAGE, AK 99518 | | | | | | | 5,718.00 |
| ACCOUNT NO.<br><br>CELTIC LEASING<br>PO BOX 87618<br>CHICAGO, IL 60680 | | | | | | | 3,151.00 |
| ACCOUNT NO.<br><br>COATS & CLARK DEPT 2306<br>PO BOX 122306<br>DALLAS, TX 75312-2306 | | | | | | | 1,776.00 |
| ACCOUNT NO.<br><br>COPPER BASIN SANITATION SERVICE CO.<br>PO BOX 88<br>GLENALLEN, AK 99588 | | | | | | | 2,104.00 |

Sheet no. __10__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  13,709.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Omni Enterprises, Inc._____,        Case No. _____
                    **Debtor**                                                    **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>COPPER RIVER RECORD<br>PO BOX 277<br>GLENNALLEN, AK 99588 | | | | | | | 479.00 |
| ACCOUNT NO. <br><br>COPPER VALLEY ELECT ASSO<br>PO BOX 45<br>GLENNALLEN, AK 99588-0045 | | | | | | | 15,965.00 |
| ACCOUNT NO. <br><br>COPPER VALLEY TELECOM<br>PO BOX 337<br>VALDEZ, AK 99686 | | | | | | | 496.00 |
| ACCOUNT NO. <br><br>CORNERSTONE CREDIT SERVICES<br>1835 S BRAGAW STREET SUITE 500<br>ANCHORAGE, AK 99509 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br>COSTCO WHOLESALE #10<br>330 W. DIMOND BLVD<br>ANCHORAGE, AK 99515 | | | | | | | 123,344.00 |

Sheet no. __11__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 140,284.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re Omni Enterprises, Inc. _____ ,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CROWLEY PETROLEUM DIST <br> PO BOX 276 <br> GLENNALLEN, AK 99588 | | | | | | | 48,377.00 |
| ACCOUNT NO. <br><br> DANSKO, LLC <br> 33 FEDERAL ROAD <br> WEST GROVE, PA 19390 | | | | | | | 2,155.00 |
| ACCOUNT NO. <br><br> DELTA WESTERN, INC <br> 420 L STREET SUITE 101 <br> ANCHORAGE, AK 99501 | | | | | | | 9,194.00 |
| ACCOUNT NO. <br><br> DENALI JANITORIAL SERVICES LLC <br> PO BOX 200966 <br> ANCHORAGE, AK 99520 | | | | | | | 220.00 |
| ACCOUNT NO. <br><br> DENALI REFUSE <br> 7362 W PARKS HWY 602 <br> WASILLA, ALASKA 99623 | | | | | | | 2,130.00 |

Sheet no. 12 of 33 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  62,076.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Omni Enterprises, Inc._____ ,          Case No. _____

Debtor          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DILLINGHAM REFUSE, INC <br> PO BOX 75 <br> DILLINGHAM, AK 99576 | | | | | | | 5,455.00 |
| ACCOUNT NO. <br><br> DISCOUNT PAPER PRODUCTS <br> PO BOX 673445 <br> DETROIT, MI 48267-3445 | | | | | | | 1,235.00 |
| ACCOUNT NO. <br><br> ED HUME SEEDS INC. <br> PO BOX 73160 <br> PULYALLUP, WA 98373 | | | | | | | 1,403.00 |
| ACCOUNT NO. <br><br> EJ DISTRIBUTING, LLC <br> PO BOX 279 <br> PUYALLUP, WA 98371 | | | | | | | 7,145.00 |
| ACCOUNT NO. <br><br> ENSTAR NATURAL GAS CO <br> PO BOX 190288 <br> ANCHORAGE, AK 99519-0288 | | | | | | | 1,844.00 |

Sheet no. __13__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  17,082.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,        Case No. _____
                    **Debtor**                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> EPSEN HILLMER GRAPHICS <br> 13748 F. STREET <br> OMAHA, NE 68137 | | | | | | | 1,283.00 |
| ACCOUNT NO. <br><br> ERA ALASKA <br> P.O. BOX 201493 <br> ANCHORAGE, AK 99520 | | | | | | | 22,860.00 |
| ACCOUNT NO. <br><br> EVERTS AIR CARGO <br> PO BOX 61680 <br> FAIRBANKS, AK 99706 | | | | | | | 10,797.00 |
| ACCOUNT NO. <br><br> FAVCO, INC <br> PO BOX 190968 <br> ANCHORAGE, AK 99519-0968 | | | | | | | 3,561.00 |
| ACCOUNT NO. <br><br> FIRST BANKERS TRUST SERVICES <br> PO BOX 4005 <br> QUINCY, IL 62305-4005 | | | | | | | 1,700.00 |

Sheet no. _14_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $   40,201.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-30JX-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____ ,    Case No. _____
         **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FOOD SERVICES OF AMERICA<br>PO BOX 196073<br>ANCHORAGE, AK 99519 | | | PACA claim | | | | Notice Only |
| ACCOUNT NO.<br><br>FP MAIL SOLUTIONS<br>P.O.BOX 157<br>BEDFORD PARK, IL 60499-0157 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FP MAIL SOLUTIONS POSTAGE<br>P.O.BOX 0505<br>CAROL STREAM, IL 60132-0505 | | | | | | | 123.00 |
| ACCOUNT NO.<br><br>FRANZ FAMILY BAKERY<br>P.O. BOX 742654<br>LOS ANGELES, CA 90074-2654 | | | | | | | 22,517.00 |
| ACCOUNT NO.<br><br>FRITO LAY, INC<br>75 REMITTANCE DR STE 1217<br>CHICAGO, IL 60675-1217 | | | | | | | 16,182.00 |

Sheet no. __15__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $    38,822.00

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 316773-03X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Omni Enterprises, Inc.                                    ,          Case No. _____
                            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| FRONTIERSMAN PO BOX 873509 WASILLA, AK 99687 | | | | | | | 293.00 |
| ACCOUNT NO. | | | | | | | |
| GENERAL COMMUNICATION PO BOX 99001 ANCHORAGE, AK 99509-9001 | | | | | | | 3,708.00 |
| ACCOUNT NO. | | | | | | | |
| GENERAL HARDWARE DIST 2192 VIKING DR ANCHORAGE, AK 99501 | | | | | | | 2,389.00 |
| ACCOUNT NO. | | | | | | | |
| GRANT AVIATION, INC PO BOX 92200 ANCHORAGE, AK 99509-2200 | | | | | | | 6,465.00 |
| ACCOUNT NO. | | | | | | | |
| GREAT COPPER VALLEY CHAMBER OF COMMERCE P.O.BOX 469 GLENNALLEN, AK 99588 | | | | | | | 0.00 |

Sheet no. _16_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   12,855.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-30JX-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> GREAT ORIGINALS <br> 360 E INTERNATIONAL RD, STE 6 <br> ANCHORAGE, AK 99518 | | | | | | | 587.00 |
| ACCOUNT NO. <br> GREATLAND FOODS <br> 355 E 76TH AVE <br> ANCHORAGE, AK 99518 | | | | | | | 15,973.00 |
| ACCOUNT NO. <br> GUARDIAN SECURITY SYS <br> 2600 SEWARD HIGHWAY <br> ANCHORAGE, AK 99503 | | | | | | | 55.00 |
| ACCOUNT NO. <br> HAAKENSON ELECTRIC <br> 3700 SPRINGER ST, SUITE 100 <br> ANCHORAGE, AK 99503 | | | | | | | 5,781.00 |
| ACCOUNT NO. <br> HUBERT COMPANY <br> 25401 NETWORK PLACE <br> CHICAGO, IL 60673-1254 | | | | | | | 136.00 |

Sheet no. __17__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   22,532.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,          Case No. _____
         **Debtor**                                                                                    **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HUSQVARNA <br> PO BOX 2774 <br> CAROL STREAM, IL 60132-2774 | | | | | | | 2,076.00 |
| ACCOUNT NO. <br><br> IMPERIAL TOY, LLC <br> PO BOX 51391 <br> LOS ANGELES, CA 90051-5691 | | | | | | | 9,984.00 |
| ACCOUNT NO. <br><br> IN STORE TECHNOLOGY <br> 220 S FINDLAY ST. <br> SEATTLE, WA 98108 | | | | | | | 5,690.00 |
| ACCOUNT NO. <br><br> INSIGNIA SYSTEMS, INC <br> 8799 BROOKLYN BLVD <br> MINNEAPOLIS, MN 55445 | | | | | | | 1,334.00 |
| ACCOUNT NO. <br><br> JOHN & JAN NELSON <br> C/O JAMES KACENA PLLC <br> PO BOX 2024 <br> WHITE SALMON, WA 98672 | | | prior owner, possible True Value guaranty | | | | Notice Only |

Sheet no. __18__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $ | 19,084.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Omni Enterprises, Inc.                                    ,          Case No. _____
                        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| JOHNSTONE SUPPLY 7500 OLD SEWARD HWY STE A ANCHORAGE, AK 99518 | | | | | | | 4,698.00 |
| ACCOUNT NO. | | | | | | | |
| KCAM PO BOX 249 GLENNALLEN, AK 99588 | | | | | | | 2,677.00 |
| ACCOUNT NO. | | | REMAINDER OF SAVINGS ACCOUNT | | | | |
| KEN WALKER 1555 E ST ANCHORAGE, AK 99501 | | | | | | | 23,124.00 |
| ACCOUNT NO. | | | | | | | |
| KEY AMER. VILL. AK LLC PO BOX 329 GLENNALLEN, AK 99588 | | | | | | | 16,201.00 |
| ACCOUNT NO. | | | | | | | |
| KIPUSVIK LLC 2605 DENALI STREET ANCHORAGE, AK 99503 | | | | | | | 90,000.00 |

Sheet no.  19  of  33  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   136,700.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Omni Enterprises, Inc._____,     Case No. _____
                  **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> KMC MUSIC, INC <br> PO BOX 202675 <br> DALLAS, TX 75320-2675 | | | | | | | 8.00 |
| ACCOUNT NO. <br> KUSKOKWIM COM SUPPLY CO <br> PO BOX 2888 <br> BETHEL, AK 99559 | | | | | | | 576.00 |
| ACCOUNT NO. <br> L & M SUPPLIES <br> PO BOX 550 <br> DILLINGHAM, AK 99576 | | | | | | | 5,921.00 |
| ACCOUNT NO. <br> LEE REALTY, LLC <br> PO BOX 877001 <br> WASILLA, AK 99687 | | | | | | | 17,000.00 |
| ACCOUNT NO. <br> LINFORD OF ALASKA, INC. <br> 135 CORDOVA STREET <br> ANCHORAGE, AK 99501 | | | | | | | 252.00 |

Sheet no. __20__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  23,757.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Omni Enterprises, Inc._____,    Case No. _____
              **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LT APPAREL GROUP <br> PO BOX 1001 <br> DAYTON, NJ 08810-1001 | | | | | | | 5,348.00 |
| ACCOUNT NO. <br> MALDEN INT'L DESIGN <br> 19 COLAN DR <br> MIDDLEBORO, MA 02346 | | | | | | | 418.00 |
| ACCOUNT NO. <br> MATANUSKA ELECTRIC ASSO <br> PO BOX 2929 <br> PALMER, AK 99645 | | | | | | | 19,464.00 |
| ACCOUNT NO. <br> MATANUSKA TELEPHONE <br> PO BOX 3009 <br> PALMER, AK 99645-3009 | | | | | | | 1,954.00 |
| ACCOUNT NO. <br> MINUTEMAN PRESS <br> 237 ORCA STREET <br> ANCHORAGE, AK 99501 | | | | | | | 1,396.00 |

Sheet no. _21_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  28,580.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> N&N PROPERTY <br> 3351 ARCTIC BLVD <br> ANCHORAGE, AK 99503 | | | | | | | 26,750.00 |
| ACCOUNT NO. <br> NAPA AUTO PARTS, KORTHIUS INC <br> PO BOX 1016 <br> BETHEL, AK 99559 | | | | | | | 260.00 |
| ACCOUNT NO. <br> NAPASKIAK TRIBAL COUNCIL <br> P.O.BOX 6009 <br> NAPASKIAK, AK 99559 | | | | | | | 163.00 |
| ACCOUNT NO. <br> NESTLE DSD <br> 3852 COLLECTIONS CTR DR <br> CHICAGO, IL 60693 | | | | | | | 30,340.00 |
| ACCOUNT NO. <br> NORTHERN AIR CARGO, INC <br> 3900 OLD INT'L AIRPORT RD <br> ANCHORAGE, AK 99502-1097 | | | | | | | 107,176.00 |

Sheet no. __22__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $   164,689.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 – Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-*****  -  PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Omni Enterprises, Inc. _____ ,          Case No. _____
                **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NORTHERN SALES CO, INC<br>MS310087, PO BOX 3542"<br>SEATTLE, WASHINGTON<br>98124-3542 | | | | | | | 241,672.00 |
| ACCOUNT NO.<br>NORTHLAND SERVICES, INC<br>P.O.BOX 34026<br>SEATTLE, WA 98124-1026 | | | | | | | Notice Only |
| ACCOUNT NO.<br>NORTHLAND SERVICES, INC<br>PO BOX 749661<br>LOS ANGELES, CA 90074-9661 | | | | | | | 2,963.00 |
| ACCOUNT NO.<br>NORTHSTAR GAS<br>4025 W. 50TH SUITE 1<br>ANCHORAGE, AK 99502-0904 | | | | | | | 33,684.00 |
| ACCOUNT NO.<br>NORTHWEST MERCHANTS WHOLESALE<br>2440 E. TUDOR RD PMB#270<br>ANCHORAGE, AK 99507 | | | | | | | 14,394.00 |

Sheet no. 23 of 33 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  292,713.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,    Case No. _____
                 **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| NOTIONS MARKETING 1500 BUCHANAN SW GRAND RAPIDS, MI 49507 |  |  |  |  |  |  | 1,474.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| NUNAMTA AULUKESTAL PO BOX 735 DILLINGHAM, AK 99576 |  |  |  |  |  |  | 20.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| NUSHAGAK ELECTRIC COOP PO BOX 350 DILLINGHAM, AK 99576 |  |  |  |  |  |  | 77,348.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| NUSHAGAK TELEPHONE COOP PO BOX 350 DILLINGHAM, AK 99576 |  |  |  |  |  |  | 1,468.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| ODOM CORP - COCA COLA PO BOX 84044 SEATTLE, WA 98124-8444 |  |  |  |  |  |  | 246,960.00 |

Sheet no. __24__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 327,270.00

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,    Case No. _____
                      **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> OREGON DEPT OF REVENUE <br> 955 CENTER ST NE <br> SALEM, OR 97301-2555 | | | | | | | 147.00 |
| ACCOUNT NO. <br><br> OREGON DEPT OF REVENUE <br> P.O.BOX 14800 <br> SALEM, OR 97309-0920 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> P & M GARDEN <br> PO BOX 770349 <br> EAGLE RIVER, AK 99577 | | | | | | | 143.00 |
| ACCOUNT NO. <br><br> PALMER PRODUCE, INC <br> 4255 S. MCKECHNIE LOOP <br> PALMER, AK 99645-9708 | | | | | | | 6,955.00 |
| ACCOUNT NO. <br><br> PAPYRUS <br> 3613 SOLUTIONS CENTER <br> CHICAGO, IL 60677-3006 | | | | | | | 1,763.00 |

Sheet no. __25__ of __33__ continuation sheets attached                Subtotal▷  $     9,008.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                       Total▷  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-30JX-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,    Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PARAGON DISTRIBUTING <br> PO BOX 113005 <br> ANCHORAGE, AK 99511-3005 | | | | | | | 1,998.00 |
| ACCOUNT NO. <br><br> PENINSULA AIRWAYS <br> 6100 BOEING AVE <br> ANCHORAGE, AK 99502 | | | | | | | 1,415.00 |
| ACCOUNT NO. <br><br> PEPSI-COLA <br> 521 E. 104TH AVE <br> ANCHORAGE, AK 99515 | | | | | | | 86,651.00 |
| ACCOUNT NO. <br><br> PETERSON <br> PO BOX 3513 <br> SEATTLE, WA 98124-3513 | | | | | | | 3,779.00 |
| ACCOUNT NO. <br><br> PITNEY BOWES 00005581 <br> PO BOX 371874 <br> PITTSBURGH, PA 15250-7874 | | | | | | | Notice Only |

Sheet no. __26__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 93,843.00
Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Omni Enterprises, Inc._____,          Case No. _____
                         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PITNEY BOWES 11449430 <br> PO BOX 371874 <br> PITTSBURGH, PA 15250-7874 | | | | | | | 503.00 |
| ACCOUNT NO. <br> PITNEY BOWES GLOBAL FIN <br> PO BOX 371887 <br> PITTSBURGH, PA 15250-7887 | | | | | | | Notice Only |
| ACCOUNT NO. <br> POLARIS INDUSTRIES <br> 75 REMITTANCE DRIVE STE 1040 <br> CHICAGO, IL 60675-1040 | | | | | | | 16,424.00 |
| ACCOUNT NO. <br> PT CAPITAL,LLC <br> 188 WEST NORTHERN LIGHTS BLVD, <br> SUITE 920 <br> ANCHORAGE, AK 99503 | | | | | | | Notice Only |
| ACCOUNT NO. <br> READERLINK <br> 1420 KENSINGTON SUITE 300 <br> OAK BROOK, IL 60523 | | | | | | | 3,693.00 |

Sheet no. __27__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 20,620.00
Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,  Case No. _____
  **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RECYCLE SYSTEMS, LLC<br>P.O. BOX 201<br>KIRKLAND, WA 98083-0201 | | | | | | | 450.00 |
| ACCOUNT NO.<br>REDDEN MARINE SUPPLY INC<br>2140 E 63RD AVE<br>ANCHORAGE, ALASKA 99507 | | | | | | | 12,107.00 |
| ACCOUNT NO.<br>RELIABLE PARTS<br>P.O.BOX 58544<br>TUKWILA, WA 98138 | | | | | | | 164.00 |
| ACCOUNT NO.<br>ROBERT M OLDROYD<br>4001 LAKERIDGE CT<br>ANCHORAGE, AK 99502 | | | | | | | 1,500.00 |
| ACCOUNT NO.<br>RUG DOCTOR<br>PO BOX 849958<br>DALLAS, TX 75284-9958 | | | | | | | 343.00 |

Sheet no. _28_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  14,564.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Omni Enterprises, Inc._____,          Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RYAN AIR <br> 6400 CARL BRADY DRIVE <br> ANCHORAGE, AK 99502 | | | | | | | 97.00 |
| ACCOUNT NO. <br><br> SANDBAGS ETC. <br> 5826 FIJI <br> ANCHORAGE, AK 99507 | | | | | | | 101.00 |
| ACCOUNT NO. <br><br> SES ADVISORS, INC. <br> 10 SHURS LANE, SUITE 102 <br> PHILADELPHIA, PA 19127 | | | | | | | 10,774.00 |
| ACCOUNT NO. <br><br> SPENARD BUILDERS SUPPLY <br> PO BOX 99060 <br> ANCHORAGE, AK 99509 | | | | | | | 110,726.00 |
| ACCOUNT NO. <br><br> SPIDLE DISTRIBUTORS <br> 2150 GLACIER ST <br> ANCHORAGE, AK 99508 | | | | | | | 513.00 |

Sheet no. __29__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   122,211.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-303X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Omni Enterprises, Inc._____,        Case No. _____
              **Debtor**                                                                    **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| STATEWIDE WHOLESALE 7437 OLD SEWARD HWY ANCHORAGE, ALASKA 99518 | | | | | | | 154.00 |
| ACCOUNT NO. | | | | | | | |
| TACO LOCO PRODUCTS PO BOX 9-3007 ANCHORAGE, AK 99509-3007 | | | | | | | 8,894.00 |
| ACCOUNT NO. | | | | | | | |
| TC SPAN AMERICA 21020 70TH AVE W. EDMONDS, WA 98026 | | | | | | | 4,566.00 |
| ACCOUNT NO. | | | | | | | |
| THE DELTA DISCOVERY PO BOX 1028 BETHEL, AK 99559 | | | | | | | 13,620.00 |
| ACCOUNT NO. | | | | | | | |
| THE NEWS GROUP ALASKA 325 W. POTTER DRIVE ANCHORAGE, AK 99518-1196 | | | | | | | 13,059.00 |

Sheet no. _30_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    40,293.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Omni Enterprises, Inc._____,        Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> THE NEWS GROUP FOR BIG LAKE IGA <br> 325 WEST POTTER DRIVE <br> ANCHORAGE, AK 99518 | | | | | | | 1,202.00 |
| ACCOUNT NO. <br><br> THREE BEARS ALASKA <br> 445 N. PITTMAN ROAD <br> WASILLA, ALASKA 99654 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> UNIFIED GROCERS <br> PO BOX 3763 <br> SEATTLE, WA 98124 | | | | | | | 71,014.00 |
| ACCOUNT NO. <br><br> UNITED SALAD <br> 8448 NORTHEAST DR, STE 100 <br> PORTLAND, OR 97211 | | | | | | | 947.00 |
| ACCOUNT NO. <br><br> UNITED UTILITIES, INC <br> PO BOX 927300 <br> ANCHORAGE, AK 99509-2730 | | | | | | | 1,708.00 |

Sheet no. _31_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  74,871.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Omni Enterprises, Inc._____,   Case No. _____
        **Debtor**                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VF GRACE, INC <br> PO BOX 200728 <br> ANCHORAGE, AK 99520 | | | | | | | 25,615.00 |
| ACCOUNT NO. <br><br> WCP SOLUTIONS <br> PO BOX 84145 <br> SEATTLE, WA 98124-5445 | | | | | | | 7,501.00 |
| ACCOUNT NO. <br><br> WILSON BROS DIST CO <br> 1710 A SOUTH RAGOSA CIR <br> PALMER, AK 99645 | | | | | | | 21,425.00 |
| ACCOUNT NO. <br><br> WM WRIGHT CO <br> 26612 NETWORK PLACE <br> CHICAGO, IL 60673-1266 | | | | | | | 1,131.00 |
| ACCOUNT NO. <br><br> XEROX <br> P.O.BOX 7405 <br> PASADENA, CA 91109-7405 | | | | | | | 82.00 |

Sheet no. _32_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   55,754.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Omni Enterprises, Inc. _____ ,        Case No. _____
                    **Debtor**                                                    **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> YUTE AIR <br> 1515 E. TUDOR RD <br> ANCHORAGE, AK 99502 | | | | | | | 8,749.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _33_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  8,749.00

Total ▷  $  3,269,665.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

B6G (Official Form 6G) (12/07)

In re __Omni Enterprises, Inc._____     Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CELTIC LEASING PO BOX 87618 CHICAGO, IL 60680 | IGA signs, computer software owe $42,422 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In re   Omni Enterprises, Inc.                              Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
## District of Alaska

In re ___Omni Enterprises, Inc.___

Debtor

Case No. _____

Chapter ___7___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 625,000.00 | | |
| B – Personal Property | YES | 4 | $ 1,881,993.93 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 6,309,411.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 228,452.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 34 | | $ 3,269,665.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 50 | $ 2,506,993.93 | $ 9,807,528.84 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-****** - PDF-XChange 4.0

# United States Bankruptcy Court
## District of Alaska

In re    Omni Enterprises, Inc.                              Case No. _____

                          Debtor

                                                            Chapter      7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

**B6 (Official Form 6 - Declaration) (12/07)**

Omni Enterprises, Inc.

In re _____     Case No. _____
                          **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                              Debtor

Date _____     Signature: _____
                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                             Social Security No.
of Bankruptcy Petition Preparer                                       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                    _____
   Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the ___CEO_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Omni Enterprises, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __52__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ____3/31/2015_____            Signature: ____/s/ Ken Walker_____

                                                                    KEN WALKER
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT

District of Alaska

In Re  Omni Enterprises, Inc._____        Case No. _____
                                                                                      (if known)

### STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

-------------------------------------------------

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2015 | 36,725,579 | Grocery stores | FY: 5/1/14 to 4/30/15 |
| 2014 | 41,957,929 | Grocery stores | FY: 5/1/13 to 4/30/14 |
| 2013 | 42,460,401 | Grocery stores | FY: 5/1/12 to 4/30/13 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                              2

---

**2.  Income other than from employment or operation of business**

None
☒
       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT                                     SOURCE

---

**3.  Payments to creditors**

None
☒
   *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

---

None
☐
*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment SFA3(b) | various | 7,264,918 | various |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-****** - PDF-XChange 4.0

None ☐

    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| See attachment SFA 3c<br>Relationship: officers | | 44127.98 | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒

    a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ☐

    b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| FNBA<br>PO Box 100720<br>Anchorage, AK 99510-0270 | 3/10/15-3/17/15 | See SFA Q 13 |

**5. Repossessions, foreclosures and returns**

None ☐

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| United Companies, Inc<br>3351 Arctic Blvd<br>Anchorage AK 99503 | 3/15 | Dillingham, St. Marys & Bethel leases |

B7 (Official Form 7) (04/13)   4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lee Realty LLC PO Box 877001 Wasilla, AK 99687 | 3/15 | Big Lake store retnal |
| Kispusvik LLC 2605 Denali St. Anchorage, AK 99503 | 3/15 | Bethel Kipusvik store lease |
| Key American Village AK LLC PO Box 329 Glennallen, AK 99588 | 3/15 | Glennallen store lease |
| Togiak Village PO Box 148 Togiak, AK 99678 | 3/15 | Togiak store lease |

**6. Assignments and Receiverships**

None ☐

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| United Companies, Inc 3351 Arctic Blvd Anchorage AK 99503 | 3/15 | store takeover in Dillingham & Bethel |

None ☒

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)    5

**7. Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Erik LeRoy<br>Erik LeRoy, P.C.<br>500 L St., Ste 302<br>Anchorage, AK 99501 | 10/17/14; 2/13/15; 3/6/15 | 5,000; 5,000; 20,000 |

**10.  Other transfers**

None ☐

   a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| UCI, LLC<br>3351 Arctic Blvd<br>Anchorage, AK 99503<br>Relationship: former landlord | 3/20/15 | certificated vehicles in Dillingham sold to UCI.  $45,000 |

   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☐

   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Umpqua Bank<br>fka Sterling Savings Bank<br>73 NE Estes St.<br>White Salmon, WA 98672 | 5992389015<br>5992388975<br>5992388967<br>5992389007<br>5992388983<br>5992388991<br>205073023-6001  $2,010,823 bal paid off<br>with Key Bank 3/1/14 loan | 3/1/14 $0 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31677-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                                7

---

**12.  Safe deposit boxes**

None         List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒     valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None         List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
☐     preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| FNBA<br>PO Box 100720<br>Anchorage, AK 99510<br>(See Attachment Sch B21) | 3/10/15-3/17/15 | 1,329,097 |

---

**14.  Property held for another person**

None         List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Ken Walker<br>1555 E St<br>Anchorage, AK 99501 | Saving Acct , 23,124.41 | Dissipated |

---

**15.  Prior address of debtor**

None         If the debtor has moved within the three years immediately preceding the commencement of this case, list all
☒     premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    8

---

**16. Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

       NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☒

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☒

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 316773.01X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)

---

**18. Nature, location and name of business**

None    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
☐        businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
           managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or
           other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
           which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
           preceding the commencement of this case.

           If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
           beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
           voting or equity  securities, within the six years immediately preceding the commencement of this case.

           If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
           beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
           voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

N/A

---

       b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
           U.S.C. § 101.

None
☒

       NAME                                        ADDRESS

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

       *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Tuesday, March 31, 2015, at 14:29:18 - 31673-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13) 10

**19. Books, record and financial statements**

None
☐
a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                DATES SERVICES RENDERED

Leanne Lindsay                                                                  2011 to present
5326 A St.
Anchorage, AK 99518

SCS Advisors                                                                    2012 to present
10 Shurs La, Ste 102
Philadelphia, PA 19127

None
☐
b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                    DATES SERVICES RENDERED

BDO                                                          2102 to present
3601 C St., Ste 600
Anchorage, AK 99503

None
☐
c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

Leanne Lindsay                    5326 A St.
                                  Anchorage, AK 99518

None
☐
d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                             DATE
                                                            ISSUED

 various parties
 See Attachment SFA 19(d)

B7 (Official Form 7) (04/13)                                                                          11

---

**20. Inventories**

None ☐  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 3/14 | Anchorage Inventory Service | 5,956,302 (cost) |
| 3/26/15 | UCI | unknown |

None ☐  b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 3/14 | Leanne Lindsey |
| 3/13 | Leanne Lindsey |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒  a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Ken Walker 1555 E St Anchorage AK 99501 | CEO | sotck ownership in ESOP Trust less than 5% |
| Russ Lindsay P O Box 230202 Anchorage, AK 99523 | President | stock ownership in ESOP Trust less than 5% |
| William Miller 5586 Saphire Loop Anchorage, AK 99504 | VP | stock ownership less than 5% in ESOP trust |
| Leanne Lindsay 3730 N Winchell Portland, OR 97217 | CFO | stock ownership in ESOP trust less than 5% |

B7 (Official Form 7) (04/13)                                                                                                                 12

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Richard Pyle<br>PO Box 358<br>Glennallen, AK 99588 | director | ownership in ESOP trust less than 5% |
| Casimiro Delacruz<br>PO 2337<br>Bethel, AK 99599 | director | sotck ownership in ESOP trust less than 5% |

---

**22. Former partners, officers, directors and shareholders**

None  ☒  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

None  ☒  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23. Withdrawals from a partnership or distribution by a corporation**

None  ☒      If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group**

None  ☒      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    13

---

**25. Pension Funds**

None      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☐         which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
        immediately preceding the commencement of the case.

        NAME OF PENSION FUND         TAXPAYER IDENTIFICATION NUMBER (EIN)

Omni 401k Plan         92-0073023
UBS
925 4th Ave., Ste 2000
Seattle, WA 98104-1158

*   *   *   *   *   *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   3/31/2015         Signature   /s/ Ken Walker

        KEN WALKER,
        CEO

        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

B7 (Official Form 7) (04/13)                                                                                                14

_____0_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

7-UP OF ALASKA
PO BOX 16149
SALT LAKE CITY, UT 84116

ACB SOLUTIONS
551 W DIMOND BLVD
ANCHORAGE, AK 99515

ADP, LLP
PO BOX 842875
BOSTON, MA 02284-2875

ADVANCED IMAGING SUPPLY
14536 FRIAR STREET
VAN NUYS, CA 91411

AIR LIQUID AMERICA CORP
PO BOX 196670
ANCHORAGE, AK 99519-6670

ALASKA AIRLINES, INC
PO BOX 749877
LOS ANGELES, CA 90074-9877

ALASKA BAIT COMPANY
PO BOX 190212
ANCHORAGE, AK 99519

ALASKA GROWTH CAPITAL
3301 C St., STE100
ANCHORAGE, AK 99503

ALASKA GROWTH CAPITAL
3301 C St., STE100
ANCHORAGE, AK 99503

ALASKA HOUSEWARES
2125 E. 79TH AVE
ANCHORAGE, 99507

ALASKA ISLAND AIR
PO 195
TOGIAK, AK 99678

ALASKA MARINE LINES
P.O.BOX 34026
SEATTLE, WA 98124-1026

ALASKA PURE WATER PROD
301 E. INT'L AIRPORT RD
ANCHORAGE, AK 99518

ALASKA SAUSAGE COMPANY
PO BOX 92157
ANCHORAGE, AK 99509

ALASKA TIDE BOOK CO
P.O.BOX 4423
SOLDOTNA, AK 99669

ALASKA VILLAGE ELECTRIC
4831 EAGLE STREET
ANCHORAGE, AK 99503-7497

ALL AMERICAN PUBLISHING
5411 KENDALL ST.
BOISE, ID 83706

ALLIANCE ENTERTAINMENT
P.O.BOX 451239
FORT LAUDERDALE, FL 33345

ALLIANCE MERCANTILE, INC
4620 CAMPUS PLACE, SUITE 200
MUKILTEO, WA 98275

ALLY
PO BOX 9001948
LOUISVILLE, KY 40290-1948

ALSCO
PO BOX 240048
ANCHORAGE, AK 99524-0048

AMERICAN EXPRESS-21001
P.O.BOX 650448
DALLAS, TX 75265-0448

AMERICAN FAST FREIGHT
PO BOX 3606
SEATTLE, WA 98124-3606

AMERICAN GREETINGS
PO BOX 676701
DALLAS, TX 75267-6701

AMERICAN SUZUKI MOTOR
3251 E. IMPERIAL HWY
BREA, CA 92822-1100

AMERICAN VILLAGE OF AK, INC
PO BOX 329
GLENNALLEN, AK 99588

ANCHORAGE DAILY NEWS
PO BOX 140147
ANCHORAGE, AK 99514-0147

ANCHORAGE PRINTING
3110 SPENARD RD
ANCHORAGE, AK 99503

ANTHROLOGY FABRICS
14725 CARMENITA ROAD
NORWALK, CA 90650

ANTHROLOGY FABRICS
P.O. BOX 100895
ATLANTA, GA 30384-4174

ARCTIC INFO TECHNOLOGY
375 W. 36TH AVENUE SUITE 300
ANCHORAGE, AK 99503

ARCTIC OFFICE PRODUCTS
PO BOX 100083
ANCHORAGE, AK 99510-0083

AT & T ALASCOM-GA
PO BOX 105068
ATLANTA, GA 30348-5068

AUTOMATIC DISTRIBUTORS
22 TARGET CIRCLE
BANGOR, ME 04401

BANK OF AMERICA -0577
P.O. BOX 851001
DALLAS, TEXAS 75285-1001

BANK OF AMERICA -3020
P.O. BOX 851001
DALLAS, TX 75285-1001

BANNON PRODUCE
PO BOX 221
SUTTON, AK 99674

BASKET EASE
16150 TEXAS AVE
PRIOR LAKE, MN 55372

BDO USA, LLP
P.O. BOX 31001-0860
PASADENA, CA 91110-0860

BIKINI BEVERAGE COMPANY
22535 MIRROR LAKE ROAD
CHUGIAK, ALASKA 99567

BILL BRYAN
514 NW 86TH ST
VANCOUVER, WA 98665

BILL'S DISTRIBUTING CO
7830 SCHOON ST
ANCHORAGE, AK 99518

BLACKHAWK
MS-13002
PO BOX 29021
PHOENIX, AZ 85038

BOMBARDIER MOTOR CO
10101 SCIENCE DRIVE
STURTEVANT, WI 53177

BOMBARDIER MOTOR CO
5986 COLLECTIONS CTR DRIVE
CHICAGO, IL 60693

BRISTOL ALLIANCE FUELS
PO BOX 1529
DILLINGHAM, AK 99576

BTP LLC
P.O. BOX 2590
BETHEL, AK 99559

BURR, PEASE & KURTZ, INC
810 N STREET
ANCHORAGE, AK 99501

CARHARTT INC
PO BOX 731234
DALLAS, TX 75373-1234

CARQUEST AUTO PARTS
PO BOX 404875
ATLANTA, GA 30384-4875

CARR GOTTSTEIN FOODS CO
P.O. BOX 742918
LOS ANGELES, CA 90074-2918

CDW DIRECT, LLC
PO BOX 75723
CHICAGO, IL 60675-5723

CEDARS
6151 B STREET
ANCHORAGE, AK 99518

CELTIC LEASING
PO BOX 87618
CHICAGO, IL 60680

CELTIC LEASING
PO BOX 87618
CHICAGO, IL 60680

CITY OF BETHEL
PO BOX 388
BETHEL, AK 99599

CITY OF DILLINGHAM
PO BOX 889
DILLINGHAM, AK 99576

CITY OF TOGIAK
PO BOX 190
TOGIAK, AK 99678

COATS & CLARK DEPT 2306
PO BOX 122306
DALLAS, TX 75312-2306

COPPER BASIN SANITATION SERVICE CO.
PO BOX 88
GLENALLEN, AK 99588

COPPER RIVER RECORD
PO BOX 277
GLENNALLEN, AK 99588

COPPER VALLEY ELECT ASSO
PO BOX 45
GLENNALLEN, AK 99588-0045

COPPER VALLEY TELECOM
PO BOX 337
VALDEZ, AK 99686

CORNERSTONE CREDIT SERVICES
1835 S BRAGAW STREET SUITE 500
ANCHORAGE, AK 99509

COSTCO WHOLESALE #10
330 W. DIMOND BLVD
ANCHORAGE, AK 99515

CROWLEY PETROLEUM DIST
PO BOX 276
GLENNALLEN, AK 99588

DANSKO, LLC
33 FEDERAL ROAD
WEST GROVE, PA 19390

DELTA WESTERN, INC
420 L STREET SUITE 101
ANCHORAGE, AK 99501

DENALI JANITORIAL SERVICES LLC
PO BOX 200966
ANCHORAGE, AK 99520

DENALI REFUSE
7362 W PARKS HWY 602
WASILLA, ALASKA 99623

DEPARTMENT OF REVENUE TAX DIVISION
P.O. BOX 110420
JUNEAU, ALASKA 99811-0420

DILLINGHAM REFUSE, INC
PO BOX 75
DILLINGHAM, AK 99576

DISCOUNT PAPER PRODUCTS
PO BOX 673445
DETROIT, MI 48267-3445

DiTOMASO
PO BOX 100680
ANCHORAGE, AK 99510-0680

ED HUME SEEDS INC.
PO BOX 73160
PULYALLUP, WA 98373

EJ DISTRIBUTING, LLC
PO BOX 279
PUYALLUP, WA 98371

ENSTAR NATURAL GAS CO
PO BOX 190288
ANCHORAGE, AK 99519-0288

EPSEN HILLMER GRAPHICS
13748 F. STREET
OMAHA, NE 68137

ERA ALASKA
P.O.BOX 201493
ANCHORAGE, AK 99520

EVERTS AIR CARGO
PO BOX 61680
FAIRBANKS, AK 99706

FAVCO, INC
PO BOX 190968
ANCHORAGE, AK 99519-0968

FIRST BANKERS TRUST SERVICES
PO BOX 4005
QUINCY, IL 62305-4005

FIRST BANKERS TRUST SRV
OMNI ENT ESOP TRUST
PO BOX 4005
QUINCY, IL 62305

FIRST NATIONAL BANK ALASKA
PO BOX 100720
ANCHORAGE, AK 99510-0720

FOOD SERVICES OF AMERICA
PO BOX 196073
ANCHORAGE, AK 99519

FP MAIL SOLUTIONS
P.O.BOX 157
BEDFORD PARK, IL 60499-0157

FP MAIL SOLUTIONS POSTAGE
P.O.BOX 0505
CAROL STREAM, IL 60132-0505

FRANZ FAMILY BAKERY
P.O. BOX 742654
LOS ANGELES, CA 90074-2654

FRITO LAY, INC
75 REMITTANCE DR STE 1217
CHICAGO, IL 60675-1217

FRONTIERSMAN
PO BOX 873509
WASILLA, AK 99687

GENERAL COMMUNICATION
PO BOX 99001
ANCHORAGE, AK 99509-9001

GENERAL HARDWARE DIST
2192 VIKING DR
ANCHORAGE, AK 99501

GMAC
PO BOX 8128
COCKEYSVILLE, MD 21030

GRANT AVIATION, INC
PO BOX 92200
ANCHORAGE, AK 99509-2200

GREAT COPPER VALLEY CHAMBER OF COMMERCE
P.O.BOX 469
GLENNALLEN, AK 99588

GREAT ORIGINALS
360 E INTERNATIONAL RD, STE 6
ANCHORAGE, AK 99518

GREATLAND FOODS
355 E 76TH AVE
ANCHORAGE, AK 99518

GUARDIAN SECURITY SYS
2600 SEWARD HIGHWAY
ANCHORAGE, AK 99503

HAAKENSON ELECTRIC
3700 SPRINGER ST, SUITE 100
ANCHORAGE, AK 99503

HUBERT COMPANY
25401 NETWORK PLACE
CHICAGO, IL 60673-1254

HUSQVARNA
PO BOX 2774
CAROL STREAM, IL 60132-2774

IMPERIAL TOY, LLC
PO BOX 51391
LOS ANGELES, CA 90051-5691

IN STORE TECHNOLOGY
220 S FINDLAY ST.
SEATTLE, WA 98108

INSIGNIA SYSTEMS, INC
8799 BROOKLYN BLVD
MINNEAPOLIS, MN 55445

IRS
CENTRALIZED INSOLVENCY UNIT
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346

JOHN & JAN NELSON
C/O JAMES KACENA PLLC
PO BOX 2024
WHITE SALMON, WA 98672

JOHNSTONE SUPPLY
7500 OLD SEWARD HWY STE A
ANCHORAGE, AK 99518

KCAM
PO BOX 249
GLENNALLEN, AK 99588

KEN WALKER
1555 E ST
ANCHORAGE, AK 99501

KEY AMER. VILL. AK LLC
PO BOX 329
GLENNALLEN, AK 99588

KEY BANK NATIONAL ASSOC
4910 TEIDEMAN RD
BROOKLYN, OH 44144


KIPUSVIK LLC
2605 DENALI STREET
ANCHORAGE, AK 99503


KMC MUSIC, INC
PO BOX 202675
DALLAS, TX 75320-2675


KUSKOKWIM COM SUPPLY CO
PO BOX 2888
BETHEL, AK 99559


L & M SUPPLIES
PO BOX 550
DILLINGHAM, AK 99576


LEE REALTY, LLC
PO BOX 877001
WASILLA, AK 99687


LINFORD OF ALASKA, INC.
135 CORDOVA STREET
ANCHORAGE, AK 99501


LT APPAREL GROUP
PO BOX 1001
DAYTON, NJ 08810-1001


MALDEN INT'L DESIGN
19 COLAN DR
MIDDLEBORO, MA 02346


MATANUSKA ELECTRIC ASSO
PO BOX 2929
PALMER, AK 99645

MATANUSKA TELEPHONE
PO BOX 3009
PALMER, AK 99645-3009

MATANUSKA-SUSITNA BOROUGH
350 E DAHLIA AVE
PALMER, AK 99645

MINUTEMAN PRESS
237 ORCA STREET
ANCHORAGE, AK 99501

N&N PROPERTY
3351 ARCTIC BLVD
ANCHORAGE, AK 99503

NAPA AUTO PARTS, KORTHIUS INC
PO BOX 1016
BETHEL, AK 99559

NAPASKIAK TRIBAL COUNCIL
P.O.BOX 6009
NAPASKIAK, AK 99559

NESTLE DSD
3852 COLLECTIONS CTR DR
CHICAGO, IL 60693

NORTHERN AIR CARGO, INC
3900 OLD INT'L AIRPORT RD
ANCHORAGE, AK 99502-1097

NORTHERN SALES CO, INC
MS310087, PO BOX 3542"
SEATTLE, WASHINGTON 98124-3542

NORTHLAND SERVICES, INC
P.O.BOX 34026
SEATTLE, WA 98124-1026

NORTHLAND SERVICES, INC
PO BOX 749661
LOS ANGELES, CA 90074-9661

NORTHSTAR GAS
4025 W. 50TH SUITE 1
ANCHORAGE, AK 99502-0904

NORTHWEST MERCHANTS WHOLESALE
2440 E. TUDOR RD PMB#270
ANCHORAGE, AK 99507

NOTIONS MARKETING
1500 BUCHANAN SW
GRAND RAPIDS, MI 49507

NUNAMTA AULUKESTAL
PO BOX 735
DILLINGHAM, AK 99576

NUSHAGAK ELECTRIC COOP
PO BOX 350
DILLINGHAM, AK 99576

NUSHAGAK TELEPHONE COOP
PO BOX 350
DILLINGHAM, AK 99576

ODOM CORP - COCA COLA
PO BOX 84044
SEATTLE, WA 98124-8444

OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

OREGON DEPT OF REVENUE
P.O.BOX 14800
SALEM, OR 97309-0920

P & M GARDEN
PO BOX 770349
EAGLE RIVER, AK 99577

PALMER PRODUCE, INC
4255 S. MCKECHNIE LOOP
PALMER, AK 99645-9708

PAPYRUS
3613 SOLUTIONS CENTER
CHICAGO, IL 60677-3006

PARAGON DISTRIBUTING
PO BOX 113005
ANCHORAGE, AK 99511-3005

PENINSULA AIRWAYS
6100 BOEING AVE
ANCHORAGE, AK 99502

PEPSI-COLA
521 E. 104TH AVE
ANCHORAGE, AK 99515

PETERSON
PO BOX 3513
SEATTLE, WA 98124-3513

PITNEY BOWES 00005581
PO BOX 371874
PITTSBURGH, PA 15250-7874

PITNEY BOWES 11449430
PO BOX 371874
PITTSBURGH, PA 15250-7874

PITNEY BOWES GLOBAL FIN
PO BOX 371887
PITTSBURGH, PA 15250-7887

POLARIS INDUSTRIES
75 REMITTANCE DRIVE STE 1040
CHICAGO, IL 60675-1040


PROVIDENT LEASING
CELTIC LEASING
100 BAYVIEW CIR., STE 4100
NEWPORT BEACH, CA 92660


PT CAPITAL,LLC
188 WEST NORTHERN LIGHTS BLVD,
SUITE 920
ANCHORAGE, AK 99503


READERLINK
1420 KENSINGTON SUITE 300
OAK BROOK, IL 60523


RECYCLE SYSTEMS, LLC
P.O. BOX 201
KIRKLAND, WA 98083-0201


REDDEN MARINE SUPPLY INC
2140 E 63RD AVE
ANCHORAGE, ALASKA 99507


RELIABLE PARTS
P.O.BOX 58544
TUKWILA, WA 98138


ROBERT M OLDROYD
4001 LAKERIDGE CT
ANCHORAGE, AK 99502


RUG DOCTOR
PO BOX 849958
DALLAS, TX 75284-9958


RYAN AIR
6400 CARL BRADY DRIVE
ANCHORAGE, AK 99502

```
SANDBAGS ETC.
5826 FIJI
ANCHORAGE, AK 99507


SES ADVISORS, INC.
10 SHURS LANE, SUITE 102
PHILADELPHIA, PA 19127


SPENARD BUILDERS SUPPLY
PO BOX 99060
ANCHORAGE, AK 99509


SPIDLE DISTRIBUTORS
2150 GLACIER ST
ANCHORAGE, AK 99508


STATEWIDE WHOLESALE
7437 OLD SEWARD HWY
ANCHORAGE, ALASKA 99518


TACO LOCO PRODUCTS
PO BOX 9-3007
ANCHORAGE, AK 99509-3007


TC SPAN AMERICA
21020 70TH AVE W.
EDMONDS, WA 98026


THE DELTA DISCOVERY
PO BOX 1028
BETHEL, AK 99559


THE NEWS GROUP ALASKA
325 W. POTTER DRIVE
ANCHORAGE, AK 99518-1196


THE NEWS GROUP FOR BIG LAKE IGA
325 WEST POTTER DRIVE
ANCHORAGE, AK 99518
```

THREE BEARS ALASKA
445 N. PITTMAN ROAD
WASILLA, ALASKA 99654

TRUE VALUE
8600 W. BRYN MAWR AVE.
CHICAGO, IL 60631-3505

UNIFIED GROCERS
PO BOX 3763
SEATTLE, WA 98124

UNIFIED GROCERS
PO BOX 3763
SEATTLE, WA 98124

UNITED SALAD
8448 NORTHEAST DR, STE 100
PORTLAND, OR 97211

UNITED UTILITIES, INC
PO BOX 927300
ANCHORAGE, AK 99509-2730

VF GRACE, INC
PO BOX 200728
ANCHORAGE, AK 99520

WCP SOLUTIONS
PO BOX 84145
SEATTLE, WA 98124-5445

WILSON BROS DIST CO
1710 A SOUTH RAGOSA CIR
PALMER, AK 99645

WM WRIGHT CO
26612 NETWORK PLACE
CHICAGO, IL 60673-1266

WORLDWIDE DISTRIBUTORS
8211 SOUTH 194th
KENT, WA 98032

XEROX
P.O.BOX 7405
PASADENA, CA 91109-7405

YUTE AIR
1515 E. TUDOR RD
ANCHORAGE, AK 99502

B203
12/94

# United States Bankruptcy Court
### District of Alaska

In re  Omni Enterprises, Inc.

Case No. _____

Chapter _____7_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................…………………......... $ _____0.00_____

Prior to the filing of this statement I have received ........…………….…….......……... $ _____30,000.00_____

Balance Due ..........................…………………………………….…….................... $ _____0.00_____

2. The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

limited representation in contested matters

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

defense or prosecution of adversary actions

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

3/31/2015 _____          _____/s/ Erik LeRoy_____
*Date*                                                                  *Signature of Attorney*

Erik LeRoy, P.C.
*Name of law firm*